10

47 So.2d 245

**TENNESSEE VALLEY SAND & GRAVEL CO. v. F. H. McGUIRE.**

8 Div. 558.

Supreme Court of Alabama.
June 22, 1950

W. F. McDonnell and McDonnell & Jones, of Sheffield, and Williams & Williams, of Russellville, for petitioner.

Guin & Guin, of Russellville, opposed.

LAWSON, Justice.

Petition of Tennessee Valley Sand & Gravel Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Tennessee Valley Sand & Gravel Co. v. McGuire, Ala.App., 47 So.2d 245.

Writ denied.

FOSTER, LIVINGSTON and STAKELY, JJ., concur.